```
 1  JEROME SCHREIBSTEIN (SBN 154051)
 2  JAMES T. CONLEY (SBN 224174)
    STEPHEN ROBINSON (SBN 217898)
 3  THE LOUDERBACK LAW FIRM
    One Embarcadero Center, Suite 2300
 4  San Francisco, California 94111
    Telephone: (415) 398-7860
 5  Facsimile: (415) 398-7863
 6
    Attorneys for Defendant
 7  BAYER HEALTHCARE LLC
```

| | |
|---|---|
| HOWARD MOORE, JR. (SBN 55228) | CHARLES STEPHEN RALSTON (SBN 34111) |
| MOORE AND MOORE | 2421 Valley Street |
| 445 Bellevue Avenue, Second Floor | Berkeley, CA 94702 |
| Oakland, California 94610-4924 | Telephone: (510) 540-9683 |
| Telephone: (510) 451-0104 | Facsimile : (510) 540-9685 |
| Facsimile: (510) 451-5056 | |
| | Attorneys for Plaintiff |
| Attorneys for Plaintiff | JESSICA H. LOCKETT |
| JESSICA H. LOCKETT | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA H. LOCKETT,<br><br>        Plaintiff,<br><br>  v.<br><br>BAYER HEALTHCARE, LLC,<br>Biological Products Division, a for profit business entity<br><br>        Defendants. | CASE NO. C 05-03978 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**TRIAL DATE:** None<br><br>**Hon. Charles R. Breyer** |

WHEREAS, on January 23, 2006, the Clerk of Court filed a notice that the Court has rescheduled the initial case management conference for Friday, February 3, 2006 at 8:30 a.m. before the Honorable Charles R. Breyer;

WHEREAS, Defendant was not properly served until January 6, 2006 with the Service of Summons and First Amended Complaint;

---

1

**STIPULATION AND [PROPOSED] ORDER REGARDING INITIAL CASE MANAGEMENT CONFERENCE**
**CASE NO. C 05-03978 CRB**

WHEREAS, Defendant's Answer to Plaintiff's First Amended Complaint will not be due until January 26, 2006;

WHEREAS, under the current schedule, the parties were supposed to have met by January 3, 2006, and filed a joint case management conference statement, January 24, 2006;

WHEREAS, Plaintiff and Defendant agree that this schedule does not allow for adequate time to meet or prepare a joint case management conference statement;

WHEREAS, plaintiff, on the one hand, and Bayer, on the other hand, are collectively adverse, they agree through their respective counsel and stipulate as follows:

The Initial Case Management Conference will take place on March 17, 2006;

**IT IS SO STIPULATED.**

DATED: January 25, 2006        MOORE & MOORE

By: _____s/Howard Moore, Jr._____
HOWARD MOORE, JR.
Attorney for Plaintiffs
JESSICA H. LOCKETT

DATED: January 25, 2006        By: _____s/Charles Stephen Ralston_____
CHARLES STEPHEN RALSTON
Attorney for Plaintiff
JESSICA H. LOCKETT

DATED: January 25, 2006        THE LOUDERBACK LAW FIRM

By: ___s/Jerome Schreibstein_____
JEROME SCHREIBSTEIN
JAMES T. CONLEY
STEPHEN ROBINSON
Attorneys for Defendant
BAYER HEALTHCARE

---

2
**STIPULATION AND *[PROPOSED]* ORDER REGARDING INITIAL CASE MANAGEMENT CONFERENCE**
**CASE NO. C 05-03978 CRB**

1  IT IS SO ORDERED.
2
3  DATED: _January 26_____, 2006
4
5                                                                  _____
6                                                                  Judge Charles R. Breyer
                                                                   United States District Court Judge
7                                                                  Northern District of California
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28