1   JEROME SCHREIBSTEIN (SBN 154051)
2   STEPHEN K. ROBINSON (SBN 217898)
    PAYNE & FEARS LLP
3   One Embarcadero Center, Suite 2300
    San Francisco, California  94111
4   Telephone: (415) 398-7860
    Facsimile: (415) 398-7863
5
6   Attorneys for Defendant
    BAYER HEALTHCARE LLC
7

8   HOWARD MOORE, JR. (SBN 55228)            CHARLES STEPHEN RALSTON (SBN 34111)
9   MOORE AND MOORE                          2421 Valley Street
    445 Bellevue Avenue, Second Floor        Berkeley, CA  94702
10  Oakland, California 94610-4924           Telephone: (510) 540-9683
    Telephone: (510) 451-0104                Facsimile : (510) 540-9685
11  Facsimile:  (510) 451-5056
                                             Attorneys for Plaintiff
12  Attorneys for Plaintiff                  JESSICA H. LOCKETT
    JESSICA H. LOCKETT
13

14

15                  UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17  JESSICA H. LOCKETT,                 CASE NO. C 05-03978 CRB

18              Plaintiff,              **STIPULATION AND** *[PROPOSED]* **ORDER
                                        REGARDING FURTHER CASE
19       v.                             MANAGEMENT CONFERENCE**

20  BAYER HEALTHCARE, LLC,              TRIAL DATE:    None
    Biological Products Division, a for profit
21  business entity,                    Hon. Charles R. Breyer

22              Defendants.

23

24

25       WHEREAS, a Further Case Management Conference is currently scheduled for Friday,

26  August 18, 2006;

27       WHEREAS, the parties have conducted initial document discovery;

28       WHEREAS, due to scheduling complications Bayer has been unable to depose Ms. Lockett

---

1   thus far;

2        WHEREAS, Bayer is currently scheduled to depose plaintiff on September, 21 2006;

3        WHEREAS, the parties plan to partake in mediation shortly after plaintiff's deposition;

4        WHEREAS, following plaintiff's deposition and mediation, the parties will be in a better

5   position to update the Court regarding the status of the case;

6        WHEREAS, plaintiff, on the one hand, and Bayer, on the other hand, are collectively

7   adverse, they agree through their respective counsel and stipulate as follows:

8        The Further Case Management Conference will take place on October 27, 2006.

9   **IT IS SO STIPULATED.**

10  DATED: August 11, 2006                    MOORE & MOORE

11

12                              By: _____s/Howard Moore, Jr._____

13                                  HOWARD MOORE, JR.
                                    Attorney for Plaintiffs

14                                  JESSICA H. LOCKETT

15

16  DATED: August 11, 2006        By: _____s/Charles Stephen Ralston_____

17                                  CHARLES STEPHEN RALSTON
                                    Attorney for Plaintiff

18                                  JESSICA H. LOCKETT

19  DATED: August 11, 2006                    PAYNE & FEARS LLP

20

21                              By: ___s/Stephen K. Robinson_____

22                                  JEROME SCHREIBSTEIN
                                    STEPHEN K. ROBINSON

23                                  Attorneys for Defendant
                                    BAYER HEALTHCARE LLC

24  **IT IS SO ORDERED.**

25  DATED: _____August 14____, 2006

26

27

28                              HON. CHARLES R. ...
                                United States District ...
                                Northern District of California

                                    2