```
 1  JEROME SCHREIBSTEIN (SBN 154051)
    STEPHEN K. ROBINSON (SBN 217898)
 2  PAYNE & FEARS LLP
 3  One Embarcadero Center, Suite 2300
    San Francisco, California 94111
 4  Telephone: (415) 398-7860
    Facsimile: (415) 398-7863
 5
 6  Attorneys for Defendant
    BAYER HEALTHCARE LLC
 7
 8  HOWARD MOORE, JR. (SBN 55228)            CHARLES STEPHEN RALSTON (SBN 34111)
    MOORE AND MOORE                          2421 Valley Street
 9  445 Bellevue Avenue, Second Floor        Berkeley, CA 94702
10  Oakland, California 94610-4924           Telephone: (510) 540-9683
    Telephone: (510) 451-0104                Facsimile : (510) 540-9685
11  Facsimile:  (510) 451-5056
                                             Attorneys for Plaintiff
12  Attorneys for Plaintiff                  JESSICA H. LOCKETT
    JESSICA H. LOCKETT
13
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA H. LOCKETT,<br><br>    Plaintiff,<br><br>  v.<br><br>BAYER HEALTHCARE, LLC,<br>Biological Products Division, a for profit business entity,<br><br>    Defendants. | CASE NO. C 05-03978 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>TRIAL DATE:   None<br><br>Hon. Charles R. Breyer |

---

1

**STIPULATION AND [PROPOSED] ORDER REGARDING FURTHER CASE MANAGEMENT CONFERENCE**
CASE NO. C 05-03978 CRB

WHEREAS, a Further Case Management Conference is currently scheduled for Friday, October 27, 2006;

WHEREAS, the parties filed a Further Case Management Conference Statement on October 17, 2006 updating the court on matters having taken place in this case;

WHEREAS, the parties are currently engaged in discussions that the parties anticipate may lead to resolution of this matter;

WHEREAS, the parties wish to push back the Further Case Management Conference in order to continue with their efforts to resolve the matter;

WHEREAS, plaintiff, on the one hand, and Bayer, on the other hand, are collectively adverse, they agree through their respective counsel and stipulate as follows:

The Further Case Management Conference will take place on December 1, 2006.

**IT IS SO STIPULATED.**

DATED:    October 18, 2006          MOORE & MOORE

                                    By:  _____s/Howard Moore, Jr._____
                                    HOWARD MOORE, JR.
                                    Attorney for Plaintiffs
                                    JESSICA H. LOCKETT


DATED:    October 18, 2006          By:  _____s/Charles Stephen Ralston_____
                                    CHARLES STEPHEN RALSTON
                                    Attorney for Plaintiff
                                    JESSICA H. LOCKETT


DATED:    October 18, 2006          PAYNE & FEARS LLP

                                    By:  ___s/Stephen K. Robinson_____
                                    JEROME SCHREIBSTEIN
                                    STEPHEN K. ROBINSON
                                    Attorneys for Defendant
                                    BAYER HEALTHCARE LLC

STIPULATION AND *[PROPOSED]* ORDER REGARDING FURTHER CASE MANAGEMENT CONFERENCE
CASE NO. C 05-03978 CRB

1  **IT IS SO ORDERED.**

DATED: __October 19__, 2006



HON. CHARLES R. BREYER
United States District Court
Northern District

---

3

STIPULATION AND *[PROPOSED]* ORDER REGARDING FURTHER CASE MANAGEMENT CONFERENCE
CASE NO. C 05-03978 CRB