| | |
|---|---|
| 1 | HOWARD MOORE, JR., SBN 55228 |
|   | Moore and Moore |
| 2 | 445 Bellevue Avenue, Second Floor |
|   | Oakland, California 94610–4924 |
| 3 | Telephone:  (510) 451-0104 |
|   | Facsimile:  (510) 451-5056 |
| 4 | Email:  MoorLaw@aol.com |
| 5 | CHARLES STEPHEN RALSTON, SBN 34111 |
|   | Law Offices of Charles Stephen Ralston |
| 6 | 2421 Valley Street |
|   | Berkeley, California 94702 |
| 7 | Telephone:  (510) 540-9683 |
|   | Facsimile:  (510) 540-9685 |
| 8 | Email:  csralston@comcast.net |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSICA H. LOCKETT, | Case No. C05-03978-CRB. |
| Plaintiff, | |
| vs. | SUBSTITUTION OF ATTORNEYS & (Proposed) ORDER |
| BAYER HEALTHCARE, LLC, Biological Products Division, a for profit business entity, | |
| Defendants. | |

TO: THE CLERK OF COURT AND COUNSEL OF RECORD FOR DEFENDANT HEREIN, PAYNE FEARS LLP, APPEARING BY JEROME SCHREIBSTEIN:

Notice is hereby given that Plaintiff JESSICA H. LOCKETT substitutes herself as her attorney of record in place of Howard Moore, Jr. and Charles Stephen Ralston, members of the State Bar. Plaintiff Lockett's current mailing address and telephone number to which all further notices, pleadings, orders, and correspondence should be directed are:

```
 1                   Jessica H. Lockett
                     3028 Deakin Street, #3
 2                   Berkeley, CA 947
                     510/812-8285 Cell
 3                   510.848.1589

 4
     Dated: November 16, 2006                    _____
 5                                                HOWARD MOORE, JR.

 6

 7
            I requested, accept, and consent to substitute myself as my counsel of record in this civil
 8   action.

 9
                                                 _____
10   Dated: November 16, 2006
                                                  JESSICA H. LOCKETT,
11                                                Pro Se

12

13
            I consent to and accept the substitution of attorney.
14

15
     Dated: November 16, 2006                    _____
16                                                HOWARD MOORE, JR.

17

18
            I consent to and accept the substitution of attorney.
19

20
     Dated: November 16, 2006                    _____
21                                                CHARLES STEPHEN RALSTON

22

23

24

25

26

27

28

                       Lockett v. Bayer Healthcare LLC   Case No. C05-03978-CRB
                           Substitution of Attorney & (Proposed) Order                            2
```

ORDER

The above substitution of attorney read and considered, IT IS SO ORDERED.

Dated: November 22, 2006



CHARLES R. BRYER
United States District Judge