```
ANGELA ALIOTO, (SBN 130328)
CATHERINE GREGORY, (SBN 242006)
LAW OFFICES OF JOSEPH L. ALIOTO
AND ANGELA ALIOTO
700 Montgomery Street
San Francisco, CA 94111
Telephone: (415) 434-8700
Facsimile: (415) 438-4638
```

RECEIVED
06 NOV 22 PM 3:11
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSICA H. LOCKETT, <br><br> Plaintiff <br><br> vs. <br><br> BAYER HEALTHCARE, LLC, Biological Products Division, a for-profit business entity, <br><br> Defendant. | CASE NO. C05-03978-CRB <br><br> SUBSTITUTION OF ATTORNEY & [~~PROPOSED~~] ORDER. |

TO THE CLERK OF COURT AND COUNSEL OF RECORD FOR DEFENDANT HEREIN, PAYNE & FEARS, LLP, APPEARING BY JEROME SCHREIBSTEIN:

Notice is hereby given that Plaintiff JESSICA H. LOCKETT substitutes The Law Offices of Mayor Joseph L. Alioto and Angela Alioto, PLC as her attorneys of record in place of herself. The address and telephone number of The Law Offices of Mayor Joseph L. Alioto and Angela Alioto, PLC, to which all further notices, pleadings, orders, and correspondence should be sent, are:

22-NOV-2006 11:08AM   FROM-ALIOTO LAW OFFICE            415-438-4638            T-868  P.003/007  F-129

The Law Offices of Mayor Joseph L. Alioto and Angela Alioto, PLC
700 Montgomery Street
San Francisco, CA 94111
(415) 434-8700 (phone)
(415) 438-4638 (fax)

Dated:       November 21, 2006

           LAW OFFICES OF JOSEPH L. ALIOTO AND
           ANGELA ALIOTO

           By: _____
           JOSEPH VERONESE, ESQ.

I requested, accept, and consent to substitute The Law Offices of Mayor Joseph L. Alioto and Angela Alioto as Jessica H. Lockett's counsel of record in this civil action.

Dated:       November 21, 2006

           LAW OFFICES OF JOSEPH L. ALIOTO AND
           ANGELA ALIOTO

           By: _____
           JOSEPH VERONESE, ESQ.

I consent to and accept the substitution of attorney.

Dated:       November 21, 2006

           _____
           Jessica H. Lockett

10342421 sf - 11/22/2006 11 09 55 AM

## ORDER

The above substitution of attorney read and considered. IT IS SO ORDERED.

Dated: November 27, 2006

_____
The Honorable Charles R. Breyer
United States District Judge