JEROME SCHREIBSTEIN (SBN: 154051)
LAW OFFICE OF JEROME SCHREIBSTEIN
Embarcadero Center West
275 Battery Street, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 875-3355
Facsimile: (415) 358-9885

Attorneys for Defendant
BAYER HEALTHCARE LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA LOCKETT,<br><br>    Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE, Biological Products Division, a for profit business entity,<br><br>    Defendant. | CASE NO. C-05-03978-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE FOR DISPOSITIVE MOTIONS** |

## STIPULATION

IT IS HEREBY STIPULTED BETWEEN PLAINTIFF JESSICA LOCKETT AND DEFENDANT BAYER HEALTHCARE LLC ("Bayer"), THROUGH THEIR RESPECTIVE COUNSEL, AS FOLLOWS:

WHEREAS, this Court previously entered its Order setting a hearing on dispositive motions in this matter for November 30, 2007;

1

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE FOR DISPOSITIVE MOTIONS** **(CASE NO. C-05-03978-CRB)**

1 WHEREAS, the parties have met and conferred relative to deposition scheduling and
2 anticipate completion of depositions and other discovery in this matter during the period between
3 the date of this Stipulation and November 30, 2007;

4 WHEREAS, counsel for Bayer is currently scheduled to appear for hearing on November
5 30, 2007 on any dispositive motions to be heard in another matter also venued in this Court,
6 *Betty Hoskins v. Bayer Corporation And Business Services Long Term Disability Plan*, United
7 States District Court Case No. C-06-07589 MMC;

8 WHEREAS, counsel for the parties have met and conferred and also had telephonic
9 discussion with this Court's Calendar Clerk and confirmed that January 4, 2008 is a date
10 convenient to the parties, their counsel and the Court for the hearing of any dispositive motion to
11 be brought in this action;

12 Accordingly, the parties stipulate as follows:

13 1. That the hearing on dispositive motions in this matter should be continued from
14 November 30, 2007 until January 4, 2008; and

15 2. Pursuant to Local Rules, any dispositive motion shall be filed on or before
16 November 30, 2007; any opposition to such motion shall be filed on or before December 14,
17 2007; any reply in support of such motion shall be filed on or before December 21, 2007.

19 _____/S/_____        October 17, 2007
20 Jerome Schreibstein, Esq. for Bayer HealthCare LLC

22 _____/S/_____        October 17, 2007
23 Murlene J. Randle, Esq. for Plaintiff Jessica Lockett

2

**ORDER**

BASED ON THE FOREGOING STIPULATION OF THE PARTIES AND GOOD CAUSE OTHERWISE APEARING, the Court Orders as follows:

1. That the hearing on dispositive motions in this matter be continued from November 30, 2007 until January 4, 2008 at 10:00 a.m.; and

2. Pursuant to Local Rules, any dispositive motion shall be filed on or before November 30, 2007; any opposition to such motion shall be filed on or before December 14, 2007; any reply in support of such motion shall be filed on or before December 21, 2007.

IT IS SO ORDERED.

Dated: October 18, 2007

By: _____
Honorable Charles R. Breyer
United States District Court Judge



**LAW OFFICE OF JEROME SCHREIBSTEIN**
ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, TWENTIETH FLOOR
SAN FRANCISCO, CA 94111
(415) 875-3355

//5168851v.1

3