JEROME SCHREIBSTEIN (SBN: 154051)
LAW OFFICE OF JEROME SCHREIBSTEIN
Embarcadero Center West
275 Battery Street, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 875-3355
Facsimile: (415) 358-9885

Attorneys for Defendant
BAYER HEALTHCARE LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA LOCKETT,<br><br>    Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE, Biological Products Division, a for profit business entity,<br><br>    Defendant. | CASE NO. C-05-03978-CRB<br><br>**STIPULATION & ORDER ON BAYER HEALTHCARE LLC'S ADMINISTRATIVE MOTION TO EXCEED PAGE LIMIT FOR ITS REPLY ON MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT [CIVIL LOCAL RULE 7-11]**<br><br>Date:    February 29, 2008<br>Time:    10:00 a.m.<br>Location: Courtroom 8, 19th Floor |

## STIPULATION

IT IS HEREBY STIPULTED BETWEEN PLAINTIFF JESSICA LOCKETT AND DEFENDANT BAYER HEALTHCARE LLC ("Bayer"), THROUGH THEIR RESPECTIVE COUNSEL, AS FOLLOWS:

WHEREAS, United States District Court, Civil Local Rule 7-3(c) calls for a 15-page limit for reply Memoranda of Points and Authorities;

WHEREAS, United States District Court, Civil Local Rule 7-11(a) requires a stipulation, or reason for the absence of such a stipulation, where a party brings an Administrative Motion seeking relief;

WHEREAS, there are numerous and complex issues presented in this case, including the voluminous opposing declaration and deposition materials which comprise 485 pages, which require Bayer to exceed the 15-page limit by three (3) pages;

WHEREAS, plaintiff on the one hand, and Bayer, on the other hand, are collectively adverse, they agree through their respective counsel and stipulate as follows:

1. Bayer may exceed the page limits for its Reply Memorandum of Points and Authorities in Support of its Motion for Summary Judgment or, in the Alternative, for Partial Summary Judgment by no more than three (3) pages.

IT IS SO STIPULATED

_____/S/_____     February 15, 2008
Jerome Schreibstein, Esq. for Bayer HealthCare LLC
_____/S/_____     February 15, 2008
Murlene J. Randle, Esq. for Plaintiff Jessica Lockett

## ORDER

BASED ON THE FOREGOING AND GOOD CAUSE OTHERWISE APPEARING, the Court Orders that Bayer may exceed the page limits for its Reply Memorandum of Points and Authorities in Support of its Motion for Summary Judgment or, in the Alternative, for Partial Summary Judgment by no more than three (3) pages.

IT IS SO ORDERED.

Dated: February 20, 2008     By: _____
                                 Hon. Judge Charles R. Breyer

IT IS SO ORDERED.
Judge Charles R. Breyer

2
STIPULATION & ORDER ON BAYER HEALTHCARE LLC'S ADMINISTRATIVE MOTION TO EXCEED PAGE LIMIT FOR ITS REPLY ON MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT (CASE NO. C-05-03978-CRB)