**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA H. LOCKETT,<br><br>    Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE,<br><br>    Defendant. | No. C 05-03978 CRB<br><br>**JUDGMENT** |

Having granted summary judgment to Defendant, judgment is hereby entered against Plaintiff Jessica Lockett and in favor of Defendant Bayer Healthcare.

**IT IS SO ORDERED.**

Dated: March 3, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\3978\Judgment.wpd