1  JEROME SCHREIBSTEIN (SBN: 154051)
   LAW OFFICE OF JEROME SCHREIBSTEIN
2  Embarcadero Center West
   275 Battery Street, Eighteenth Floor
3  San Francisco, CA 94111
   Telephone: (415) 875-3355
4  Facsimile: (415) 358-9885

5  Attorneys for Defendant
   BAYER HEALTHCARE LLC
6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12 JESSICA LOCKETT,                    )   CASE NO. C-05-03978-CRB
                                       )
13         Plaintiff,                  )   **STIPULATION AND [PROPOSED]**
                                       )   **ORDER DISMISSING ACTION IN ITS**
14    v.                               )   **ENTIRETY WITH PREJUDICE**
                                       )
15 BAYER HEALTHCARE, Biological Products )
   Division, a for profit business entity,  )
16                                     )
           Defendant.                  )
17 _____     )

18                    **STIPULATION**

19     IT IS HEREBY STIPULTED BETWEEN PLAINTIFF JESSICA LOCKETT AND

20 DEFENDANT BAYER HEALTHCARE LLC, THROUGH THEIR RESPECTIVE  COUSENL,

21 AS FOLLOWS:

22 //

23 //

24 //

25

26

27 _____

28          1
   **STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION IN ITS ENTIRETY WITH**
   **PREJUDICE; (CASE NO. C-05-03978-CRB)**

**LAW OFFICE OF JEROME SCHREIBSTEIN**
ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, TWENTIETH FLOOR
SAN FRANCISCO, CA 94111
(415) 875-3355

1    WHEREAS, this matter has now been resolved between plaintiff Jessica Lockett on the

2    one hand and defendant Bayer HealthCare LLC on the other hand, the parties jointly request that

3    this action, and all of the claims pled herein, be dismissed forthwith in their entirety with

4    prejudice with each side to bear its own costs.

5    DATED: January 27, 2009          Law Office of Joseph L. Alioto & Angela Alioto

6

7                                    By:  _____/s/_____

JOSEPH ALIOTO VERONESE

8                                    Attorney for Plaintiff

JESSICA LOCKETT

9

10   DATED: January 27, 2009          LAW OFFICE OF JEROME SCHREIBSTEIN

11

12                                   By:  _____/s/_____

JEROME SCHREIBSTEIN

13                                   Attorney for Defendant

BAYER HEALTHCARE LLC

14                                   **ORDER**

15       BASED ON THE FOREGOING STIPULATION OF THE PARTIES AND GOOD

16   CAUSE OTHERWISE APEARING, the Court Orders as follows: this action, and all of the

17   claims pled herein, is dismissed in its entirety with prejudice, with each side to bear its own

18   costs.

19       IT IS SO ORDERED.

20   Dated:   February 2, 2009

21

22

23

24

25

26

27

28

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAW OFFICE OF JEROME SCHREIBSTEIN
ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, TWENTIETH FLOOR
SAN FRANCISCO, CA 94111
(415) 875-3355